## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS, LLC,<br>    Debtor. | Bankruptcy Case No. 22-60043 |
| W. MARC SCHWARTZ AND<br>SCHWARTZ ASSOCIATES, LLC,<br>    Appellants,<br><br>v.<br><br>U.S. TRUSTEE<br>    Appellee. | Civil Action No. 23-00463 |

### ORDER

Came for consideration the *Appellants' Unopposed Motion for Extension of Time to File Brief* [Dkt. No. ____] (the "Motion") filed in the above-captioned appeal from Case No. 22-60043 pending in the U.S. Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

Based on the representations set forth in the Motion, the documents attachments thereto, and the absence of opposition to the Motion, the Court finds that there is sufficient case to GRANT the following relief:

1. The deadline for the Appellants to file their brief pursuant to Rule 8018 of the Federal Rules of Bankruptcy Procedure is hereby extended until the date that is thirty (30) days after the date that the Bankruptcy Court enters an order granting or denying the

9969535 v1 (72053.00005.000)

*Debtor's Motion for Order Approving Settlement* [Bankr. Dkt. No. 515] (the "9019 Motion").

2. The Appellants shall file a notice with this Court and serve such notice on all parties to this action within seven (7) days of the date that the Bankruptcy Court enters an order granting or denying the 9019 Motion.

SO ORDERED.

Signed on _____, at Houston, Texas.


_____
Hon. Charles Eskridge
United States District Judge