SmBus, PlnDue, DsclsDue, JNTADMIN, CLOSED, Subchapter_V

# U.S. Bankruptcy Court
## Southern District of Texas (Victoria)
## Bankruptcy Petition #: 22-60021

*Assigned to:* Bankruptcy Judge Christopher M. Lopez
Chapter 11
Voluntary
Unknown assets

*Date filed:* 04/18/2022
*Date terminated:* 06/10/2022

*Debtor disposition:*  Dismissed for Other Reason

**Debtor**
**IWHealth, LLC**
5606 N. Navarro
Ste. 300-W
Victoria, TX 77904
VICTORIA-TX

represented by **Kyung Shik Lee**
Kyung S. Lee PLLC
4723 Oakshire Drive
Apt. B
Houston, TX 77027
713-301-4751
Email: kslee50@gmail.com

**R. J. Shannon**
Shannon & Lee LLP
700 Milam St., STE 1300
Houston, TX 77002
713-714-5770
Email: rshannon@shannonpllc.com

**U.S. Trustee**
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650

represented by **Ha Minh Nguyen**
Office of the United States Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
202-590-7962
Email: ha.nguyen@usdoj.gov

**Jayson B. Ruff**
Office of the United States Trustee
515 Rusk St.
Ste. 3516
Houston, TX 77002
713-718-4650
Fax : 713-718-4670
Email: jayson.b.ruff@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | 1 (12 pgs) | Chapter 11 Subchapter V Voluntary Petition Non-Individual Fee Amount $1738 Filed by IWHealth, LLC. Chapter 11 Plan (Small Business) due by |

010249

| | | |
|---|---|---|
| | | 10/17/2022. (Lee, Kyung) (Entered: 04/18/2022) |
| 04/18/2022 | | Receipt of Voluntary Petition (Chapter 11)( 22-60021) [misc,volp11] (1738.00) Filing Fee. Receipt number A23653924. Fee amount $1738.00. (U.S. Treasury) (Entered: 04/18/2022) |
| 04/18/2022 | 2 (4 pgs) | Debtors Master Service List (Filed By IWHealth, LLC ). (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 3 (1 pg) | Declaration re: *Declaration Under Penalty of Perjury for Non-Individual Debtors* (Filed By IWHealth, LLC ). (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 4 (1 pg) | Statement *Corporate Ownership Statement and Report Regarding Value, Operations and Profitability of Entities in which the Estate of the Debtor Holds a Substantial and Controlling Interest* (Filed By IWHealth, LLC ). (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 5 (15 pgs; 2 docs) | Emergency Motion *Debtors' Emergency Motion for Joint Administration of Chapter 11 Cases* Filed by Debtor IWHealth, LLC (Attachments: # 1 Proposed Order) (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 6 (86 pgs; 4 docs) | Emergency Motion *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief* Filed by Debtor IWHealth, LLC (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B) (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 7 (40 pgs; 4 docs) | Emergency Motion *Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* Filed by Debtor IWHealth, LLC (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B) (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | | Notice of Appearance and Request for Notice Filed by Ha Minh Nguyen (Nguyen, Ha) (Entered: 04/18/2022) |
| 04/18/2022 | | Notice of Appearance and Request for Notice Filed by Jayson B. Ruff (Ruff, Jayson) (Entered: 04/18/2022) |
| 04/18/2022 | 8 (2 pgs) | Order for Joint Administration. An order has been entered in this case consolidating this case with the case of InfoW, LLC,Case No. 22-60020 for procedural purposes only and providing for its jointadministration in accordance with the terms thereof. The docket in Case No. 22-60020 should be consulted for all matters affecting the above listed case. Allfurther pleadings and other papers shall be filed in, and all further docket entries shall bemade in, Case No. 22-60020. Signed on 4/18/2022. (rsal) (Entered: 04/18/2022) |
| 04/20/2022 | 9 (4 pgs) | BNC Certificate of Mailing. (Related document(s):8 Order for Joint Administration) No. of Notices: 19. Notice Date 04/20/2022. (Admin.) (Entered: 04/20/2022) |
| 06/10/2022 | | Bankruptcy Case Closed (rsal) (Entered: 08/15/2022) |

010250

| | | |
|---|---|---|
| 08/05/2022 | 🌐 10<br>(1 pg) | Chapter 11 Subchapter V Trustees Report of No Distribution. Funds Collected: $0.00. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 4 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: $0.00, Claims Asserted: Not Available, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. (Haselden, Melissa) (Entered: 08/05/2022) |

SmBus, PlnDue, DsclsDue, JNTADMIN, CLOSED, Subchapter_V

# U.S. Bankruptcy Court
## Southern District of Texas (Victoria)
### Bankruptcy Petition #: 22-60022

*Assigned to:* Bankruptcy Judge Christopher M. Lopez
Chapter 11
Voluntary
Asset

*Date filed:* 04/18/2022
*Date terminated:* 06/10/2022

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| *Debtor*<br>**Prison Planet TV, LLC**<br>5606 N. Navarro<br>Ste. 300-W<br>Victoria, TX 77904<br>VICTORIA-TX<br>Tax ID / EIN: 26-1510005 | represented by **Kyung Shik Lee**<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 77027<br>713-301-4751<br>Email: kslee50@gmail.com<br><br>**R. J. Shannon**<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002<br>713-714-5770<br>Email: rshannon@shannonpllc.com |
| *U.S. Trustee*<br>**US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650 | represented by **Ha Minh Nguyen**<br>Office of the United States Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>202-590-7962<br>Email: ha.nguyen@usdoj.gov<br><br>**Jayson B. Ruff**<br>Office of the United States Trustee<br>515 Rusk St.<br>Ste. 3516<br>Houston, TX 77002<br>713-718-4650<br>Fax : 713-718-4670<br>Email: jayson.b.ruff@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2022 | 1<br>(12 pgs) | Chapter 11 Subchapter V Voluntary Petition Non-Individual Fee Amount $1738 Filed by Prison Planet TV, LLC. Chapter 11 Plan (Small Business) |

010252

| | | |
|---|---|---|
| | | due by 10/17/2022. (Lee, Kyung) (Entered: 04/18/2022) |
| 04/18/2022 | | Receipt of Voluntary Petition (Chapter 11)( 22-60022) [misc,volp11] (1738.00) Filing Fee. Receipt number A23653924. Fee amount $1738.00. (U.S. Treasury) (Entered: 04/18/2022) |
| 04/18/2022 | 2 (4 pgs) | Debtors Master Service List (Filed By Prison Planet TV, LLC ). (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 3 (1 pg) | Declaration re: *Declaration Under Penalty of Perjury for Non-Individual Debtors* (Filed By Prison Planet TV, LLC ). (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 4 (1 pg) | Statement *Corporate Ownership Statement and Report Regarding Value, Operations and Profitability of Entities in which the Estate of the Debtor Holds a Substantial and Controlling Interest* (Filed By Prison Planet TV, LLC ). (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 5 (15 pgs; 2 docs) | Emergency Motion *Debtors' Emergency Motion for Joint Administration of Chapter 11 Cases* Filed by Debtor Prison Planet TV, LLC (Attachments: # 1 Proposed Order) (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 6 (86 pgs; 4 docs) | Emergency Motion *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief* Filed by Debtor Prison Planet TV, LLC (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B) (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | 7 (40 pgs; 4 docs) | Emergency Motion *Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* Filed by Debtor Prison Planet TV, LLC (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B) (Shannon, Robert) (Entered: 04/18/2022) |
| 04/18/2022 | | Notice of Appearance and Request for Notice Filed by Ha Minh Nguyen (Nguyen, Ha) (Entered: 04/18/2022) |
| 04/18/2022 | | Notice of Appearance and Request for Notice Filed by Jayson B. Ruff (Ruff, Jayson) (Entered: 04/18/2022) |
| 04/18/2022 | 8 (2 pgs) | Order for Joint Administration. An order has been entered in this case consolidating this case with the case of InfoW, LLC,Case No. 22-60020 for procedural purposes only and providing for its jointadministration in accordance with the terms thereof. The docket in Case No. 22-60020 should be consulted for all matters affecting the above listed case. Allfurther pleadings and other papers shall be filed in, and all further docket entries shall bemade in, Case No. 22-60020. Signed on 4/18/2022 (rsal) (Entered: 04/18/2022) |
| 04/20/2022 | 9 (4 pgs) | BNC Certificate of Mailing. (Related document(s):8 Order for Joint Administration) No. of Notices: 19. Notice Date 04/20/2022. (Admin.) (Entered: 04/20/2022) |

010253

| | | |
|---|---|---|
| 04/30/2022 | 10 | ***DOCKETED IN ERROR Transcript RE: STATUS CONFERENCE held on April 29, 2022 before Judge Christopher M. Lopez. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 07/29/2022. (Battaglia, Cheryl) Modified on 5/2/2022 (ShannonHolden). (Entered: 04/30/2022) |
| 05/02/2022 | [11](#) (1 pg) | Notice of Filing of Official Transcript as to 10 Transcript. Parties notified (Related document(s):10 Transcript) (Olin) (Entered: 05/02/2022) |
| 05/04/2022 | [12](#) (2 pgs) | BNC Certificate of Mailing. (Related document(s):11 Notice of Filing of Official Transcript (Form)) No. of Notices: 1. Notice Date 05/04/2022. (Admin.) (Entered: 05/04/2022) |
| 06/10/2022 | | Bankruptcy Case Closed (rsal) (Entered: 08/15/2022) |
| 08/05/2022 | [13](#) (1 pg) | Chapter 11 Subchapter V Trustees Report of No Distribution. Funds Collected: $0.00. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 4 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: $0.00, Claims Asserted: Not Available, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. (Haselden, Melissa) (Entered: 08/05/2022) |

010254