United States District Court
Southern District of Texas

**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00463 |
|---|---|---|---|

In re Free Speech Systems, Debtor.
------------
W. Marc Schwartz and Schwartz Associates, LLC, Appellants,

*versus*

United States Trustee et al., Appellees.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Frederick Gaston Hall<br>Trial Attorney<br>United States Department of Justice<br>Executive Office for United States Trustees<br>Office of the General Counsel<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Tel.: (202) 514-0116<br>Email: frederick.g.hall@usdoj.gov<br>D.C. Bar No. 1030787<br>N.Y. Bar No. 5193172<br>Also admitted: Supreme Court of the United States; United States Courts of Appeals for the Second, Third, and Eleventh Circuits |

| Name of party applicant seeks to appear for: | United States Trustee, Appellee |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 3/17/2023 | Signed: | /s/ Frederick G. Hall |
|---|---|---|---|

The state bar reports that the applicant's status is: Good Standing

| Dated: | 3/17/2023 | Clerk's signature | *Jacqueline Mata* |
|---|---|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 28, 2023

*Chas R Eskridge III*
United States District Judge