## EXHIBIT A

Bankruptcy Court Order

10095161 v1 (72053.00005.000)

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | § § | |
| DEBTOR. | § § § | Chapter 11 (Subchapter V) |

## ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT

The Court, having considered the *Debtor's Motion for Order Approving Settlement* (the "Motion"),[1] any responses to the Motion, the statements of counsel, and the record in this case, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (e) good and sufficient cause exists to grant the relief requested. Therefore, IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record at the April 28, 2023 hearing, the Motion is GRANTED as set forth herein.

2. In full satisfaction of any and all claims or rights to payment from the Debtor and its estate, Shannon & Lee LLP ("S&L") shall receive the $50,822.68 prepetition retainer held by S&L from the Debtor (the "S&L Retainer"). S&L is authorized to take possession of the S&L Retainer upon entry of this Order.

3. In full satisfaction of any and all claims or rights to payment from the Debtor and its estate, Schwartz Associates LLC ("SALLC") shall receive the $75,000.00 prepetition retainer held by SALLC (the "SALLC Retainer"). SALLC is authorized to take possession of the SALLC Retainer upon entry of this Order.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4. The Parties are authorized to take any and all actions necessary and appropriate to implement and carry out the provisions of the Settlement.

5. This Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order or the Settlement Agreement.

Signed: April 28, 2023

Christopher Lopez
United States Bankruptcy Judge