UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS, LLC,<br><br>    Debtor. | Bankruptcy Case No. 22-60043 |
| W. MARC SCHWARTZ AND SCHWARTZ ASSOCIATES, LLC<br><br>    Appellants,<br><br>v.<br>U.S. TRUSTEE<br><br>    Appellee. | Civil Action No. 23-00463 |

## ORDER

Came for consideration the *Appellants' [Unopposed] Motion to Dismiss* [Dkt. No. 9] (the "Motion").

Based on the representations set forth in the Motion, the documents attachments thereto, and the absence of opposition to the Motion, the Court finds that there is sufficient case to GRANT the following relief:

1. The above-captioned proceeding is dismissed with prejudice.

2. The Appellants shall be responsible for costs of court.

SO ORDERED.

Signed on May 17, 2023, at Houston, Texas.

*[signature: Chas R Eskridge III]*
Hon. Charles Eskridge
United States District Judge

10095162 v1 (72053.00005.000)